1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Albert Dytch

**IT IS SO ORDERED**
*Judge Thelton E. Henderson*
3/1/17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:16-cv-06398-TEH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| LOS COMPADRES MEXICAN FOOD PRODUCTS, INC. dba LOS COMPADRES MEXICAN FOOD PRODUCTS aka LOS COMPADRES MEXICAN; TERESA RAMIREZ, Trustee of the IGNACIO AND TERESA RAMIREZ FAMILY TRUST u/t/d February 28, 2000, | |
| Defendants. | |

1   **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and
2   Defendants, Los Compadres Mexican Food Products, Inc. dba Los Compadres Mexican Food
3   Products aka Los Compadres Mexican; Teresa Ramirez, Trustee of the Ignacio and Teresa
4   Ramirez Family Trust u/t/d February 28, 2000, the parties to this action, that pursuant to
5   Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with
6   prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

8   Dated: February 28, 2017                    MISSION LAW FIRM, A.P.C.

10                                              */s/ Tanya E. Moore*
                                                Tanya E. Moore
11                                              Attorneys for Plaintiff,
                                                Albert Dytch

13  Dated: February 28, 2017                    VAUGHAN & ASSOCIATES

15                                              */s/ Cris C. Vaughan*
                                                Cris C. Vaughan
16                                              Attorney for Defendants,
17                                              Los Compadres Mexican Food Products, Inc.
                                                dba Los Compadres Mexican Food Products
18                                              aka Los Compadres Mexican; Teresa
                                                Ramirez, Trustee of the Ignacio and
19                                              Teresa Ramirez Family Trust u/t/d
20                                              February 28, 2000